UNITED STATES of America,
Plaintiff–Appellee,

v.

Darrell TURNER, Defendant–Appellant.

No. 04–2378.

United States Court of Appeals,
Seventh Circuit.

Sept. 20, 2005.

William T. Grimmer, Office of the United States Attorney, South Bend, IN, for Plaintiff–Appellee.

Mark S. Lenyo, South Bend, IN, for Defendant–Appellant.

Before POSNER, WOOD, and WILLIAMS, Circuit Judges.

**ORDER**

We ordered a limited remand to ask whether the district judge, had he known the sentencing guidelines were advisory, would have imposed the same sentence on Darrell Turner. *See United States v. Booker*, — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *United States v. Paladino*, 401 F.3d 471, 484 (7th Cir.2005). The judge answered that he would.

We invited the parties to respond, but only the government did. Here, the sentencing range was properly calculated under the guidelines and thus presumptively reasonable. *See United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir.2005). Because Turner has not rebutted that presumption, the judgment in appeal number 04–2378 is AFFIRMED.